IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

_____

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| VS. | ) | CR. NO. 1:17-10082-STA |
| EARL RAY PRITCHARD, | ) | |
| Defendant. | ) | |

_____

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**
_____

This cause came to be heard on July 23, 2018, Assistant United States Attorney, Raney Irwin, appearing for the Government and the defendant, Earl Ray Pritchard, appearing in person, and with counsel, Daniel Taylor.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, OCTOBER 23, 2018 at 10:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 23rd day of July, 2018.

                                                  s/ S. Thomas Anderson
                                                 CHIEF JUDGE, U. S. DISTRICT COURT